# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL JENKINS,<br>    Plaintiff,<br>v.<br>BUREAU OF LAND MANAGEMENT SUPERVISORS, *et al.*,<br>    Defendants. | Case No.: 2:24-cv-01925-APG-NJK<br><br>**Order**<br><br>[Docket No. 3] |

Pending before the Court is Plaintiff's motion to expedite proceedings. Docket No. 3. Plaintiff requests that the Court expedite the trial schedule and all associated deadlines. Docket No. 3 at 1. However, Plaintiff has not filed an application to proceed *in forma pauperis* or paid the required filing fee. *See* Local Rule LSR 1-1; *see also* Docket No. 1. Further, no defendant has appeared. *See* Docket. As such, Plaintiff's request is premature.

Accordingly, the motion to expedite proceedings is **DENIED**. Docket No. 3. Further, Plaintiff is **ORDERED** to file a fully complete application to proceed *in forma pauperis* or pay the filing fee in full, no later than November 15, 2024.

IT IS SO ORDERED.

Dated: October 16, 2024

                                                                                                        _____
                                                                                                          Nancy J. Koppe
                                                                                                          United States Magistrate Judge