# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT SUPERVISORS, *et al.*,<br><br>    Defendants. | Case No.: 2:24-cv-01925-APG-NJK<br><br>**Order**<br><br>[Docket No. 6] |

Pending before the Court is Plaintiff's motion for speedy trial. Docket No. 6. Plaintiff requests that the Court "schedule this case for trial at the earliest available date." Docket No. 6 at 3. However, Plaintiff has filed an application to proceed *in forma pauperis* that is pending before the Court. Docket No. 5. Further, no defendant has appeared. *See* Docket. As such, Plaintiff's request is premature.[1]

Accordingly, the motion for speedy trial is **DENIED**. Docket No. 6.

IT IS SO ORDERED.

Dated: October 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff's motion cites to an inapplicable Nevada state rule, statute, and Clark County District Court rule. Docket No. 6 at 1-2.

1