**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL JENKINS, | Case No.: 2:24-cv-01925-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| BUREAU OF LAND MANAGEMENT SUPERVISORS, et al., | [ECF No. 15] |
| Defendants | |

On May 21, 2025, Magistrate Judge Koppe recommended that I dismiss plaintiff Mitchell Jenkins' second amended complaint without prejudice. ECF No. 15. Jenkins did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation (ECF No. 15) is accepted, plaintiff Mitchell Jenkins' second amended complaint (ECF No. 14) is dismissed, and the clerk of court is instructed to close this case.

DATED this 11th day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE